UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CASE NO. 19-md-02913-WHO  **ORDER DISMISSING SETTLED CASES**  Dkt. No. 4465-1 |
| This Document Relates to:  ALL ACTIONS | |

The following actions are dismissed, pursuant to CMO Nos. 16 and 18, and with good cause shown based on counsels' representations that these actions have been settled. Therefore, the Court hereby DISMISSES the actions identified below with prejudice:

19-cv-06933 S.R. v. Juul Labs, Inc., et al.

19-cv-08325 Hutchison v. Juul Labs, Inc., et al.

20-cv-03273 B.L. v. Juul Labs, Inc., et al.

21-cv-01417 Hedglin v. Juul Labs, Inc., et al.

21-cv-02980 D.W. v. Juul Labs, Inc., et al.

21-cv-05068 K.A. v. Juul Labs, Inc., et al.

21-cv-05069 K.A. v. Juul Labs, Inc., et al.

21-cv-09149 E.T., et al. v. Juul Labs, Inc., et al.

21-cv-09559 L.A., et al. v Juul Labs, Inc., et al.

22-cv-07360 Prezioso v. Juul Labs, Inc., et al.

22-cv-07950 Dolly v. Juul Labs, Inc., et al.

22-cv-08361 Adetosoye v. Juul Labs, Inc., et al.

22-cv-08366 B. v. Juul Labs, Inc., et al.

22-cv-08554 Thomas v. Juul Labs, Inc., et al.

**IT IS SO ORDERED**.

Dated: December 17, 2025

Judge William H. Orrick